UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CARLOS SOSA and DERYS MARTINEZ,

    Plaintiffs,

v.                                                  Case No: 8:16-cv-1225-T-30JSS

AMERICAN SECURITY INSURANCE
COMPANY,

    Defendant.

## ORDER

THIS CAUSE is before the Court on Defendant's Unopposed Motion for Stay Pending Completion of Neutral Evaluation Process (Dkt. 5). In this insurance coverage dispute, Plaintiffs believe that sinkhole activity caused them property damage, and they obtained a civil engineering consultation and report whose findings confirmed this belief. Defendant obtained its own report, which concluded that sinkhole activity was not the cause.

Defendant then invoked Florida's Neutral Evaluation Process, *see* Fla. Stat. § 627.7074, which provides that, once the process is invoked, "any court proceeding related to the subject matter of the neutral evaluation shall be stayed pending completion of the neutral evaluation and for 5 days after the filing of the neutral evaluator's report with the court." Fla. Stat. § 627.7074 (10). Based on the foregoing,

It is ORDERED AND ADJUDGED that:

1. Defendant's Unopposed Motion for Stay Pending Completion of Neutral Evaluation Process (Dkt. 5) is GRANTED.

2. The Clerk is directed to ADMINISTRATIVELY CLOSE this case.

3. Within seven (7) days of the neutral evaluator's report filing, the parties shall file with the Court a status report in which they may also move to re-open the case, if applicable.

**DONE** and **ORDERED** in Tampa, Florida, this 31st day of May, 2016.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record